UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN A. PATTERSON, JOHN BOYT, JANIS FORT, RUBY ALSBURY, RAYMOND BRUNTMYER, JUDY HENSLEY, DOUGLAS KELDER,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEFENSE POW/MIA ACCOUNTING AGENCY, DIRECTOR OF DPAA FERN SUMPTER WINBUSH, U.S. DEPARTMENT OF DEFENSE, SEC OF DEFENSE JAMES MATTIS, AMERICAN BATTLE MONUMENTS COMMISSION, ROBERT DALLESSANDRO, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY AMERICAN BATTLE MONUMENTS COMMISSION,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § §<br><br>Civil Action No.  SA-17-CV-467-XR |

**ORDER**

On this date, the Court considered the status of the above-captioned case. This case is set for a status conference and hearing on all pending motions on Wednesday, June 27, 2018, at 10:30 a.m. in Courtroom 3.

It is so ORDERED.

SIGNED this 13th day of June, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE